DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOHN F. CLAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0819

————————————————

May 27, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

    Affirmed.

KELLY, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.